**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

RECHARD J. SUMRALL, As Administrator
of the Estate of Lucretia Lyons Sumrall,
Deceased, and Rechard J. Sumrall,
Individually                                                                                    PLAINTIFFS

vs.                                                               Civil Action No. 3:08-cv-488 HTW-LRA

JEREME L. SCOTT and AT&T MOBILITY                                     DEFENDANTS

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the court is the joint motion of the parties to dismiss the complaint in the above-styled and numbered cause with prejudice. The parties have resolved the matters in dispute.

IT IS, THEREFORE, ORDERED that the complaint is dismissed with prejudice, without taxation of costs, each party to bear its own costs and attorney fees.

**SO ORDERED, this the 28th day of August, 2008.**

                               **s/ HENRY T. WINGATE**

                               _____
                               **CHIEF UNITED STATES DISTRICT JUDGE**